[No. 40842-2-II.   Division Two.   April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY D. KENYON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00398-0, Theodore F. Spearman, J. Pro Tem., entered June 3, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Hunt, JJ.

[No. 41311-6-II.   Division Two.   April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES AFENIR, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00263-0, George L. Wood, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, J.; Armstrong, J., concurring in the result only.

[No. 41400-7-II.   Division Two.   April 24, 2012.]

THOMAS L. RAGLIN ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-2-01215-2, James E. Warme, J., entered October 19, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41435-0-II.   Division Two.   April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN MATTHEW HELZER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00111-3, Thomas Felnagle, J., entered October 25, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.